IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| JOHN W. HARVEY and THOMAS E. JENSEN, | * * * | |
| Plaintiffs, | * | |
| vs. | * | No. 4:11-cv-00549-SWW |
| | * * | |
| OPEN RANGE COMMUNICATIONS, INC., | * * | |
| Defendant. | * | |

ORDER

On July 7, 2011, plaintiffs John W. Harvey and Thomas E. Jensen filed this action against defendant Open Range Communications, Inc. alleging age discrimination. On October 21, 2011, defendant filed a Suggestion of Bankruptcy and Notice to Creditors of Automatic Stay [doc.#16]. In light of defendant's notice of bankruptcy, the Clerk is directed to administratively close this action subject to an application to reopen in the event the bankruptcy stay is lifted.

IT IS SO ORDERED this 26th day of October 2011.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE