IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | |
|---|---|
| JOHN W. HARVEY and <br> THOMAS E. JENSEN, <br> <br> Plaintiffs, <br> vs. <br> <br> <br> OPEN RANGE COMMUNICATIONS, INC., <br> <br> Defendant. | * <br> * <br> * <br> * <br> *   No. 4:11-cv-00549-SWW <br> * <br> * <br> * <br> * <br> * |

ORDER

Pursuant to the parties' stipulation of dismissal [doc.#53], this action is hereby dismissed with prejudice.

IT IS SO ORDERED this 2nd day of October 2014.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE